1  Nicholas A. Brown (SBN 198210)
   GREENBERG TRAURIG, LLP
2  4 Embarcadero Center, Suite 3000
   San Francisco, CA 94111-5983
3  Telephone: 415.655.1271
   Facsimile: 415.520.5609
4
   Attorneys for Plaintiff Internet Archive
5

6
                    UNITED STATES DISTRICT COURT
7
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9

10 | INTERNET ARCHIVE,                          | Case No. 3:20-cv-01758
11 |         Plaintiff,                         |
   |                                            | **NOTICE OF DISMISSAL WITH PREJUDICE**
12 |         v.                                 |
13 | WORDLOGIC CORPORATION, and
14 | 602531 BRITISH COLUMBIA LTD.,
15 |         Defendant.

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Internet Archive hereby moves to dismiss with prejudice all claims against Defendants WordLogic Corporation and 602531 British Columbia Ltd., each side to bear its own costs and fees.

DATED: July 18, 2020                              **GREENBERG TRAURIG, LLP**

By: */s/ Nicholas A. Brown*

Nicholas A. Brown (SBN 198210)
brownn@gtlaw.com
GREENBERG TRAURIG, LLP
4 Embarcadero Center, Suite 3000
San Francisco, CA 94111-5983
Telephone: 415.655.1271
Facsimile: 415.520.5609

Counsel for Plaintiff Internet Archive